# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

FRANK WATTS, II,                                                                                        PLAINTIFF
ADC #87732

v.                                        NO. 5:11CV00134 JLH/BD

RAY HOBBS, *et al.*                                                                                   DEFENDANTS

## ORDER

Pending is Mr. Watts's motion to dismiss this case. In the motion, Mr. Watts states that he "sees no need in continuing this action," and asks that the case be dismissed. For good cause shown, the motion is GRANTED. Document #7. Mr. Watts's claims are dismissed without prejudice, pursuant to Fed R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 6th of June, 2011.

_____
UNITED STATES DISTRICT JUDGE