### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

FRANK WATTS, II,                                                                    PLAINTIFF
ADC #87732

v.                                    NO. 5:11CV00134 JLH/BD

RAY HOBBS, *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE